■ NEW YORK STATE MORTGAGE LOAN ENFORCEMENT AND ADMINISTRATION CORPORATION et al., Respondents, v TOWNSEND TOWER ASSOCIATES, Appellant, et al., Defendants.—Order unanimously affirmed, with costs, for reasons stated in decision at Special Term, Tenney, J. (Appeal from order of Supreme Court, Onondaga County, Tenney, J.—summary judgment.) Present—Hancock, Jr., J. P., Doerr, Denman, O'Donnell and Schnepp, JJ.